**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-2276**

LAWRENCE ELIOT MATTISON,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Roderick Charles Young, District Judge.  (4:20-cv-00111-RCY-LRL)

Submitted:  September 19, 2022                    Decided:  September 28, 2022

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lawrence Eliot Mattison, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Eliot Mattison appeals the district court's orders granting the United States' motion to dismiss Mattison's claims brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671-80, and denying reconsideration. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's orders. *Mattison v. United States*, No. 4:20-cv-00111-RCY-LRL (E.D. Va. Aug. 30, 2021; Nov. 12, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*